IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DELORIS SCOTT,   Plaintiff, | : : : |
| v. | : :   CIVIL ACTION 17-00165-KD-MU |
| LAWANDA LAWSON, *et al.*,   Defendants. | : : : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 20, 2017, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **3rd** day of **August 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**