# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DELORIS SCOTT,** : | |
|    **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION 17-00165-KD-MU** |
| : | |
| **LAWANDA LAWSON,** *et al.***,** : | |
|    **Defendants.** : | |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED** that this action is **DISMISSED** under the Court's inherent power to manage its docket and pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as no lesser sanction will suffice.

**DONE** and **ORDERED** this the **3**rd day of **January 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**